UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT FUMARELLI, WILLIAM PARKER,
ARTHUR RIVERA, STEPHEN RONAN,
THOMAS SPAUN, and all other persons
similarly situated,
                               Plaintiffs,

   -v-

CITY OF YONKERS,
                               Defendant.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/30/18
```

17 CIVIL 6922 (VB)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 30, 2018, the motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
         May 30, 2018

                                                          RUBY J. KRAJICK
                                                          **Clerk of Court**
                               BY:
                                                          **Deputy Clerk**